88 A.3d 932

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. K.P.S., DEFENDANT–PETITIONER.

April 11, 2014.

It is ORDERED that the petition for certification is granted limited to the issue of the application of the law of the case doctrine to preclude the Appellate Division's review of the trial court's rulings on the motions to suppress.

88 A.3d 933

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DAVID ROMEO, DEFENDANT–PETITIONER.

April 11, 2014.

Denied.

88 A.3d 933

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOHN FIORE, DEFENDANT–PETITIONER.

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOHN FIORE, DEFENDANT–PETITIONER.

April 11, 2014.

Denied.